```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:
                                                    Case No. 20-35959
Evelyn Torres Parks                                 Chapter 13

                        Debtor(s)
SSN xxx-xx-5847      SSN xxx-xx-_____
-------------------------------------------------------------x
```

# ORDER CONFIRMING CHAPTER 13 PLAN

Definitions: **Definitions used in the Debtor's Plan apply to this Order.**

The Debtor's plan was filed on September 11, 2020. Pursuant to the record created at the Confirmation hearing held on February 9, 2021, Trustee shall pay the pre-petition arrears to the creditor as set forth in Claim #15 as filed on the Court's proof of claim register. The plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015-1(c) and 3015-2. The Court finds that the Plan meets the requirements of 11 U.S.C. §1325.

**IT IS ORDERED THAT:**

The Plan is hereby **CONFIRMED.**



/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge

**Dated: February 11, 2021**
**Poughkeepsie, New York**